```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16321
   DONN D SMITH
   DEBBY B SMITH                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-3738    SSN XXX-XX-1012

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/07/07 .

   2.  The case was dismissed without confirmation, 12/06/2007.

   3.  The Debtor paid a total of $   3105.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------
CCO MORTGAGE               CURRENT MORTG        .00            .00              .00
CCO MORTGAGE               SECURED              .00            .00              .00
HSBC AUTO FINANCE          SECURED VEHIC        .00            .00          1698.00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00              .00
AMERICASH LOANS            UNSECURED      NOT FILED            .00              .00
BEST BUY                   UNSECURED      NOT FILED            .00              .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00              .00
CB USA INC                 UNSECURED      NOT FILED            .00              .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00              .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00              .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00              .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00              .00
CORPORATE AMERICA FEDERA   UNSECURED      NOT FILED            .00              .00
DIRECT MERCHANTS BANK      UNSECURED      NOT FILED            .00              .00
KOHLS                      UNSECURED      NOT FILED            .00              .00
NORDSTROM                  UNSECURED      NOT FILED            .00              .00
SHORT TERM LOAN            UNSECURED      NOT FILED            .00              .00
UNITED MILEAGE PLUS        UNSECURED      NOT FILED            .00              .00
VICTORIAS SECRET           UNSECURED      NOT FILED            .00              .00
WELLS FARCO FINANCIAL      UNSECURED      NOT FILED            .00              .00
--------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------
WELLS FARGO FINANCIAL BA   UNSECURED      NOT FILED            .00              .00
          Summary of disbursements:
--------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER           TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00        .00             .00
PRINCIPAL PAID    1698.00          .00          .00        .00         1698.00
```

```
INTEREST PAID                    .00            .00          .00          .00          .00
TOTAL PAID                   1698.00            .00          .00          .00      1698.00
The Debtor's attorney, RICHARD T JONES                 , was allowed $         .00
and was paid $         .00 .

The Trustee received $      80.01 .

Refunds to the Debtor totaled $   1326.99 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 03/11/08                     /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 16321 DONN D SMITH & DEBBY B SMITH